UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| OUTLAW MOTORCYCLE CLUB, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:10-CV-243 |
| V. ) | (CAMPBELL/SHIRLEY) |
| ) | |
| KNOX COUNTY, TENN., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge [Docs. 149]. Now before the Court is a Motion for Revision of Scheduling Order, which was filed by Defendants Knox County, Tennessee, Capt. David Henderson, Sgt. John Hopkins, Nikki Plaza, Veverly Hill, and Jimmy "J.J." Jones. With the exception of Nikki Plaza, all of these Defendants have been granted summary judgment in their favor on the claims against them. Ms. Plaza continues to request a revision of the Scheduling Order, including a trial continuance. Plaintiff Wendy Wine, the only remaining plaintiff, does not oppose this relief and instead joins in the request for a continuance.

The parties appeared before the Court on July 24, 2012, for a telephonic motion hearing. Attorney Phillip Lomonaco was present representing Ms. Wine, and Attorney Jerome Melson was present representing Ms. Plaza. Attorneys for the dismissed defendants were also present. Having heard from the parties, the Court finds that the Motion for Revision of Scheduling Order **[Doc. 171]** is well-taken, and it is **GRANTED**.

The Scheduling Order **[Doc. 21]** is **MODIFIED** as follows:

1. The trial of this matter will commence at **9:00 a.m. on January 8, 2013**;

2. Plaintiff shall disclose any expert witnesses on or before **August 24, 2012**;

3. Defendant shall disclose any expert witnesses on or before **September 24, 2012**;

4. All discovery in this matter, including depositions for proof, shall be completed on or before **November 2, 2012**;

5. Any dispositive motions by either party shall be filed on or before **September 10, 2012**; and

6. The deadlines for filing jury instructions, motions *in limine*, and a final pretrial order shall be calculated from the new trial date as directed in the original Scheduling Order.

These dates having been reset, counsel for Ms. Plaza represented to the Court that her recently-filed motion *in limine* **[Doc. 176]** is now moot. It is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

                                          ENTER:

                                          s/ C. Clifford Shirley, Jr.
                                          United States Magistrate Judge